**FILED**

SEP 15 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-146-JAD-(VCF) |
| RONALD DOUGHERTY, | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on September 15, 2014, defendant RONALD DOUGHERTY pled guilty to Count Two of a Two-Count Criminal Indictment charging him with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant RONALD DOUGHERTY agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant RONALD DOUGHERTY pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

1. a LG Optima cell phone serial number 111KPDT0275930;
2. an eMachines generic PC tower serial number PTNCK0200104704F599600; and
3. any visual depiction or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252A

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of RONALD DOUGHERTY in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's

1  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
2  petition and the relief sought.
3     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
4  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than
5  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days
6  after the first day of the publication on the official internet government forfeiture site,
7  www.forfeiture.gov.
8     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
9  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
10 following address at the time of filing:
11     Michael A. Humphreys
        Assistant United States Attorney
12     Daniel D. Hollingsworth
        Assistant United States Attorney
13     Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
14     Las Vegas, Nevada 89101.
15     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
16 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
17 following publication of notice of seizure and intent to administratively forfeit the above-described
18 property.
19     DATED this 15th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Preliminary Order of Forfeiture on September 15, 2014, by the below identified method of service:

Electronic Filing

Rebecca A. Levy
Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, NV 89101
Rebecca_levy@fd.org
Counsel for Ronald Dougherty

/s/ Mary Stolz
Mary Stolz
Forfeiture Support Associates Paralegal